1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney

FILED

2008 MAR 10 P 2:39

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-FILING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,           )   No. CR-08 00147 RS
                                    )
        Plaintiff,                  )   VIOLATION: Title 18, United States Code,
                                    )   Section 641 - Theft of Government Funds
                                    )   (Class A misdemeanor)
   v.                               )
                                    )
RICHARD JAMES KIRMIL,               )
                                    )
        Defendant.                  )
                                    )   SAN JOSE VENUE

INFORMATION

The United States Attorney charges:

On or about May 7, 2003, in the Northern District of California, the defendant,

RICHARD JAMES KIRMIL,

did embezzle, steal, purloin and knowingly convert to his own use money belonging to the United States and an agency thereof, to wit: by receiving and spending Social Security Disability Insurance Benefits to which he was not entitled, in violation of Title 18, United States Code,

//
//

INFORMATION

DOCUMENT NO.   CSA'S INITIALS
     1            e

DISTRICT COURT
CRIMINAL CASE PROCESSING

1  Section 641, a Class A misdemeanor.

2

3  DATED: 2/25/08

                                                        JOSEPH P. RUSSONIELLO
                                                        United States Attorney

/s/

DAVID R. CALLAWAY
Deputy Chief, San Jose Branch Office

(Approved as to form: /s/ )
                            JENNIFER GRIFFITH
                            Law Clerk

2

INFORMATION

AO 257 (Rev. 6/78)

### DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

FILED

---- OFFENSE CHARGED ----

Title 18, U.S.C. § 641 - Theft of Government Funds

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

E-FILING

PENALTY:
1 year imprisonment
$100,000 fine
1 year supervised release
$25 special assessment fee

---- DEFENDANT - U.S. ----
MAR 10 P 2:30
▶ RICHARD JAMES KIRMIL

RICHARD W. WIEKING
DISTRICT COURT NUMBER
U.S. DISTRICT COURT
N. DIST. OF CA. S.J.

CR-08 00147 RS

---- PROCEEDING ----
Name of Complaintant Agency, or Person (&Title, if any)

SSA

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
} MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM: JOSEPH P. RUSSONIELLO
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): SUSAN KNIGHT

---- DEFENDANT ----

**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of Institution

Has detainer been filed? ☐ Yes  ☐ No } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☑ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT  Bail Amount: _____

If Summons, complete following:
☑ Arraignment  ☑ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:
1985 E MAIN
MORGAN HILL CA 95037

Date/Time: March 27, 2008 at 9:30am
Before Judge: Seeborg

Comments: s