| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CSBN 44332) |
| 2 | United States Attorney |
| 3 | BRIAN J. STRETCH (CSBN 163973)<br>Chief, Criminal Division |
| 4 | JEFFREY B. SCHENK (CSBN 234355) |
| 5 | Assistant United States Attorney |
| 6 | JENNIFER GRIFFITH<br>Law Clerk |
| 7 | 150 South Almaden Boulevard, Suite 900<br>San Jose, California 95113 |
| 8 | Telephone: (408) 535-2695<br>Facsimile: (408) 535-5081 |
| 9 | jeffrey.b.schenk@usdoj.gov<br>jennifer.a.griffith@usdoj.gov |
| 10 | |
| 11 | Attorneys for the United States |

FILED

APR 1 0 2008

RICHARD G. ...
CLERK ...
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 08-00147 RS |
| Plaintiff, | ) ) | STIPULATION CONTINUING DATE OF STATUS HEARING AND EXCLUDING |
| v. | ) ) | TIME UNDER THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § |
| RICHARD JAMES KIRMIL, | ) ) | 3161(h)(8)(A)) AND [PROPOSED] ORDER |
| Defendant. | ) | |

On March 27, 2008, the parties in this case appeared before the Court for an initial appearance. The parties scheduled the next appearance in this matter for April 10, 2008 at 11:00 a.m. before Judge Seeborg for a status hearing.

The parties request this continuance on the grounds that the government and defense counsel are negotiating a proposed plea agreement. The parties agree that the requested continuance is necessary for effective preparation of defense counsel.

The parties stipulate and agree that the above-stated reasons constitute good cause to support a continuance under Rule 5.1 of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3060.

STIPULATION AND [PROPOSED] ORDER
No. CR 08-00147 RS

    The government and defense also request an exclusion of time under the Speedy Trial Act based upon the need for effective preparation of defense counsel. The parties stipulate that the time between April 10, 2008 and April 17, 2008 is excluded under the Speedy Trial Act, 18 U.S.C. §3161, and agree that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Finally, the parties agree that the ends of justice served by granting the requested continuance outweigh the best interest of the public, and the defendant in a speedy trial and in the prompt disposition of criminal cases. 18 U.S.C. §3161(h)(8)(A).

IT IS SO STIPULATED.

Dated: April 8, 2008

                                                /s/
                                        JEFFREY B. SCHENK
                                        Assistant United States Attorney

                                                /s/
                                        CYNTHIA LIE
                                        Attorney for Defendant

## O R D E R

For the foregoing reasons, the Court finds that good cause is shown and concludes that the continuance is proper under Rule 5.1 of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3060.

The Court FURTHER ORDERS that an exclusion of time April 10, 2008 and April 17, 2008, is warranted under the Speedy Trial Act because a failure to grant the continuance would unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv). The Court finds that the ends of justice served by excluding time under the Speedy Trial Act outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. Id. § 3161(h)(A). The Court, therefore, concludes that this exclusion of time is proper pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

The defendant is HEREBY ORDERED to appear before Judge Seeborg on April 17 at 2:30 PM ~~11:00 a.m.~~

IT IS SO ORDERED.

DATED: 4/10/08

RICHARD SEEBORG
United States Magistrate Judge