BARRY J. PORTMAN
Federal Public Defender
CYNTHIA C. LIE
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant KIRMIL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-08-00147 RS |
| ) Plaintiff, ) | DEFENDANT'S *EX PARTE* APPLICATION FOR TRAVEL AUTHORIZATION |
| vs. ) | |
| RICHARD JAMES KIRMIL, ) | |
| ) Defendant. ) | |

    Defendant Richard James Kirmil, by and through counsel, hereby applies to this Court for modification of the Order Setting Conditions of Release and Appearance Bond issued March 27, 2008, to permit him to travel to the Eastern District of California from May 15, 2008 to May 29, 2008.

    This application is based upon the accompanying declaration of counsel.

Dated: April 30, 2008

                                    Respectfully submitted,

                                      BARRY J. PORTMAN
                                    Federal Public Defender


                                    CYNTHIA C. LIE
                                    Assistant Federal Public Defender

1  BARRY J. PORTMAN
   Federal Public Defender
2  CYNTHIA C. LIE
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant KIRMIL

6

7
                  IN THE UNITED STATES DISTRICT COURT
8
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10 | UNITED STATES OF AMERICA,            )   No. CR-08-00147 RS
                                          )
11 |              Plaintiff,               )   DECLARATION OF COUNSEL IN
                                          )   SUPPORT OF *EX PARTE* APPLICATION
12 | vs.                                   )   FOR TRAVEL AUTHORIZATION
                                          )
13 | RICHARD JAMES KIRMIL,                 )
                                          )
14 |              Defendant.               )
   |_____)
15

16        I, Cynthia C. Lie, hereby declare as follows:

17        1.    I am the Assistant Federal Public Defender appointed to represent defendant

18 Richard Kirmil in the above-referenced matter.

19        2.    On March 27, 2008, the Court released Mr. Kirmil on his own recognizance.

20 Among the conditions of his pretrial release was a travel restriction to the Northern District of

21 California.

22        3.    On April 17, 2008, Mr. Kirmil entered a guilty plea to a misdemeanor count of

23 Theft of Government Funds in violation of Title 18, United States Code Section 641.  The matter

24 is currently scheduled for sentencing on June 12, 2008.

25        4.    On April 17, 2008, Mr. Kirmil has requested permission to travel to the Eastern

26 District of California from May 15, 2008 to May 29, 2009, for the purpose of a camping vacation

1 | with his girlfriend.

2 |     5.    On April 17, 2008, I spoke with Assistant United States Attorney Jeffrey B.
3 | Schenk and law clerk Jennifer Griffith regarding Mr. Kirmil's proposed travel, and both
4 | indicated that they had no opposition.

5 |     6.    The Court did not impose a condition of supervision by United States Pretrial
6 | Services in this case, so that agency was not consulted as to Mr. Kirmil's request.

7 |     I declare under penalty of perjury that the foregoing is true and correct and of my personal
8 | knowledge, except as to those matters stated on information and belief, and as to those matters, I
9 | believe them to be true.

10 | Executed this 30th day of April 2008 in San Jose, California.

12 |     s/_____
    CYNTHIA C. LIE
13 |     Assistant Federal Public Defender

Declaration in Support of *Ex Parte* Application
for Modification of Travel Restriction    2

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-08-00147 RS |
| Plaintiff, | )<br>)<br>) | [PROPOSED] ORDER GRANTING DEFENDANT'S *EX PARTE* APPLICATION FOR TRAVEL AUTHORIZATION |
| vs. | ) | |
| RICHARD JAMES KIRMIL, | )<br>) | |
| Defendant. | ) | |

    Good cause appearing, it is hereby ordered that defendant Richard James Kirmil may leave the Northern District of California to travel in the Eastern Sierra region of the Eastern District of California from May 15, 2008 to May 29, 2008.

    All other conditions of release remain in full force and effect.

Dated: May ___, 2008

                              Respectfully submitted,

                              BARRY J. PORTMAN
                              Federal Public Defender


                              CYNTHIA C. LIE
                              Assistant Federal Public Defender