1  BARRY J. PORTMAN
   Federal Public Defender
2  CYNTHIA C. LIE
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA 95113
4  Telephone: (408) 291-7753

5  Counsel for Defendant KIRMIL

6

7
                IN THE UNITED STATES DISTRICT COURT
8
             FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10 UNITED STATES OF AMERICA,          )   No. CR-08-00147 RS
                                      )
11              Plaintiff,            )   DEFENDANT'S *EX PARTE* APPLICATION
                                      )   FOR TRAVEL AUTHORIZATION
12 vs.                                )
                                      )
13 RICHARD JAMES KIRMIL,              )
                                      )
14              Defendant.            )
   _____)

15

16     Defendant Richard James Kirmil, by and through counsel, hereby applies to this Court for

17 modification of the Order Setting Conditions of Release and Appearance Bond issued March 27,

18 2008, to permit him to travel to the Eastern District of California from May 15, 2008 to May 29,

19 2008.

20     This application is based upon the accompanying declaration of counsel.

21 Dated: April 30, 2008

22                              Respectfully submitted,

23                              BARRY J. PORTMAN
                                Federal Public Defender
24

25                              CYNTHIA C. LIE
                                Assistant Federal Public Defender
26

Defendant's *Ex Parte* Application for
Modification of Travel Restriction          1