```
BARRY J. PORTMAN
Federal Public Defender
CYNTHIA C. LIE
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant KIRMIL
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-08-00147 RS |
| | ) | |
| Plaintiff, | ) | DECLARATION OF COUNSEL IN |
| | ) | SUPPORT OF *EX PARTE* APPLICATION |
| vs. | ) | FOR TRAVEL AUTHORIZATION |
| | ) | |
| RICHARD JAMES KIRMIL, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

I, Cynthia C. Lie, hereby declare as follows:

1. I am the Assistant Federal Public Defender appointed to represent defendant Richard Kirmil in the above-referenced matter.

2. On March 27, 2008, the Court released Mr. Kirmil on his own recognizance. Among the conditions of his pretrial release was a travel restriction to the Northern District of California.

3. On April 17, 2008, Mr. Kirmil entered a guilty plea to a misdemeanor count of Theft of Government Funds in violation of Title 18, United States Code Section 641. The matter is currently scheduled for sentencing on June 12, 2008.

4. On April 17, 2008, Mr. Kirmil has requested permission to travel to the Eastern District of California from May 15, 2008 to May 29, 2009, for the purpose of a camping vacation

1  with his girlfriend.

2      5.    On April 17, 2008, I spoke with Assistant United States Attorney Jeffrey B.
3  Schenk and law clerk Jennifer Griffith regarding Mr. Kirmil's proposed travel, and both
4  indicated that they had no opposition.

5      6.    The Court did not impose a condition of supervision by United States Pretrial
6  Services in this case, so that agency was not consulted as to Mr. Kirmil's request.

7      I declare under penalty of perjury that the foregoing is true and correct and of my personal
8  knowledge, except as to those matters stated on information and belief, and as to those matters, I
9  believe them to be true.

10  Executed this 30th day of April 2008 in San Jose, California.

12      s/_____
    CYNTHIA C. LIE
13      Assistant Federal Public Defender

Declaration in Support of *Ex Parte* Application
for Modification of Travel Restriction    2