1
2
3
4
5
6
7
8                             IN THE UNITED STATES DISTRICT COURT
9                          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,           )     No. CR-08-00147 RS
                                        )
11          Plaintiff,                  )     [PROPOSED] ORDER GRANTING
                                        )     DEFENDANT'S *EX PARTE* APPLICATION
12  vs.                                 )     FOR TRAVEL AUTHORIZATION
                                        )
13  RICHARD JAMES KIRMIL,               )
                                        )
14          Defendant.                  )
    _____)
15

16          GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that defendant Richard

17  James Kirmil may leave the Northern District of California to travel in the Eastern Sierra region

18  of the Eastern District of California from May 15, 2008 to May 29, 2008.

19          All other conditions of release remain in full force and effect.

20

21  Dated: May ___, 2008                      _____
                                              RICHARD SEEBORG
22                                            United States Magistrate Judge

23
24
25
26