E-FILED

FILED

MAY -2 2008

CLERK
NORTHERN DISTRICT COURT
SAN JOSE CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>RICHARD JAMES KIRMIL,<br><br>    Defendant. | No. CR-08-00147 RS<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANT'S *EX PARTE* APPLICATION FOR TRAVEL AUTHORIZATION |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that defendant Richard James Kirmil may leave the Northern District of California to travel in the Eastern Sierra region of the Eastern District of California from May 15, 2008 to May 29, 2008.

All other conditions of release remain in full force and effect.

Dated: May _1_, 2008

_____
RICHARD SEEBORG
United States Magistrate Judge

[Proposed] Order Granting Defendant's *Ex Parte*
Application for Modification of Travel Restriction        1