**FILED**

JUN 13 2008

RICH...
CLERK...
NORTHE...

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR- 08-00147 RS |
| Plaintiff, | **SEALING ORDER** |
| v. | |
| Richard James Kirimil | |
| Defendant(s). | |

The following documents in this action are placed under seal and shall not be opened except by the United States Sentencing Commission for its eyes only and shall not be transmitted or otherwise opened except by order of this court upon application:

☒  Presentence Report

☐  Plea Agreement

☐  _____ (Other)

IT IS SO ORDERED.

Dated: 6/13/08

_____
United States ~~District Judge~~
MAGISTRATE JUDGE