1  BARRY J. PORTMAN
   Federal Public Defender
2  CYNTHIA C. LIE
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant KIRMIL

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10 UNITED STATES OF AMERICA,           )    No. CR-08-00147 RS
                                       )
11              Plaintiff,             )    DEFENDANT'S *EX PARTE* APPLICATION
                                       )    FOR TRAVEL AUTHORIZATION
12 vs.                                 )
                                       )
13 RICHARD JAMES KIRMIL,               )
                                       )
14              Defendant.             )
   _____)

15

16        Defendant Richard James Kirmil, by and through counsel, hereby applies to this Court for

17 modification of the Order Setting Conditions of Release and Appearance Bond issued March 27,

18 2008, to permit him to travel to Auburn, California in the Eastern District of California from July

19 2, 2008 to July 8, 2008.

20        This application is based upon the accompanying declaration of counsel.

21 Dated: June 18, 2008

22                                     Respectfully submitted,

23                                     BARRY J. PORTMAN
                                       Federal Public Defender
24                                        /S/

25                                     CYNTHIA C. LIE
                                       Assistant Federal Public Defender

26