1 | BARRY J. PORTMAN
Federal Public Defender
2 | CYNTHIA C. LIE
Assistant Federal Public Defender
3 | 160 West Santa Clara Street, Suite 575
San Jose, CA 95113
4 | Telephone: (408) 291-7753

5 | Counsel for Defendant KIRMIL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-08-00147 RS |
|---|---|---|
| Plaintiff, | ) ) ) | DECLARATION OF COUNSEL IN SUPPORT OF *EX PARTE* APPLICATION |
| vs. | ) ) | FOR TRAVEL AUTHORIZATION |
| RICHARD JAMES KIRMIL, | ) ) | |
| Defendant. | ) ) | |

I, Cynthia C. Lie, hereby declare as follows:

1. I am the Assistant Federal Public Defender appointed to represent defendant Richard Kirmil in the above-referenced matter.

2. On March 27, 2008, the Court released Mr. Kirmil on his own recognizance. Among the conditions of his pretrial release was a travel restriction to the Northern District of California.

3. On April 17, 2008, Mr. Kirmil entered a guilty plea to a misdemeanor count of Theft of Government Funds in violation of Title 18, United States Code Section 641. On June 12, 2008, this Court sentenced him to five months in the custody of the Bureau of Prisons, with a voluntary surrender date of June 10, 2008.

4. On June 12, 2008, Mr. Kirmil requested permission to travel to Auburn,

1  California, in the Eastern District of California from July 2, 2008 to July 8, 2008, for the purpose
2  of a vacation with his girlfriend.
3      5.    On June 18, 2008, I e-mailed Assistant United States Attorney Jeffrey B. Schenk
4  and law clerk Tiffany Day regarding Mr. Kirmil's proposed travel. Mr. Schenk replied that they
5  had no opposition.
6      6.    The Court did not impose a condition of supervision by United States Pretrial
7  Services in this case, so that agency was not consulted as to Mr. Kirmil's request.
8      I declare under penalty of perjury that the foregoing is true and correct and of my personal
9  knowledge, except as to those matters stated on information and belief, and as to those matters, I
10 believe them to be true.
11     Executed this 18th day of June 2008 in San Jose, California.

13     s/_____
    CYNTHIA C. LIE
14     Assistant Federal Public Defender

Declaration in Support of *Ex Parte* Application
for Modification of Travel Restriction     2