IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-08-00147 RS |
| Plaintiff, | ) ) | [PROPOSED] ORDER GRANTING DEFENDANT'S *EX PARTE* APPLICATION FOR TRAVEL AUTHORIZATION |
| vs. | ) ) | |
| RICHARD JAMES KIRMIL, | ) ) | |
| Defendant. | ) ) | |

Good cause appearing, it is hereby ordered that defendant Richard James Kirmil may leave the Northern District of California to travel to Auburn, California in the Eastern District of California from July 2, 2008 to July 8, 2008.

All other conditions of release remain in full force and effect.

Dated: June ___, 2008

_____
RICHARD SEEBORG
United States Magistrate Judge

[Proposed] Order Granting Defendant's *Ex Parte*
Application for Modification of Travel Restriction          1