FILED

JUN 19 2008

CLERK
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-08-00147 RS |
| Plaintiff, | [PROPOSED] ORDER GRANTING DEFENDANT'S *EX PARTE* APPLICATION FOR TRAVEL AUTHORIZATION |
| vs. | |
| RICHARD JAMES KIRMIL, | |
| Defendant. | |

Good cause appearing, it is hereby ordered that defendant Richard James Kirmil may leave the Northern District of California to travel to Auburn, California in the Eastern District of California from July 2, 2008 to July 8, 2008.

All other conditions of release remain in full force and effect.

Dated: June 18, 2008

RICHARD SEEBORG
United States Magistrate Judge

[Proposed] Order Granting Defendant's *Ex Parte*
Application for Modification of Travel Restriction         1