1  BARRY J. PORTMAN
   Federal Public Defender
2  CYNTHIA C. LIE
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant KIRMIL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-08-00147 RS |
| | ) | |
| Plaintiff, | ) | DEFENDANT'S *EX PARTE* APPLICATION |
| | ) | TO MODIFY TRAVEL AUTHORIZATION |
| vs. | ) | |
| | ) | |
| RICHARD JAMES KIRMIL, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Defendant Richard James Kirmil, by and through counsel, hereby applies to this Court for modification of the Order Granting Defendant's Ex Parte Application for Travel Authorization, entered June 19, 2008, to permit him to travel by car to Twain Harte, California, as well as Auburn, California, both in the Eastern District of California, from July 2, 2008 to July 8, 2008.

This application is based upon the accompanying declaration of counsel.

Dated: June 30, 2008

Respectfully submitted,

BARRY J. PORTMAN
Federal Public Defender
 /S/

CYNTHIA C. LIE
Assistant Federal Public Defender

Defendant's *Ex Parte* Application for
Modification of Travel Authorization            1