1   BARRY J. PORTMAN
    Federal Public Defender
2   CYNTHIA C. LIE
    Assistant Federal Public Defender
3   160 West Santa Clara Street, Suite 575
    San Jose, CA  95113
4   Telephone:  (408) 291-7753

5   Counsel for Defendant KIRMIL

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10  UNITED STATES OF AMERICA,            )   No. CR-08-00147 RS
                                         )
11              Plaintiff,               )   DECLARATION OF COUNSEL IN
                                         )   SUPPORT OF *EX PARTE* APPLICATION
12  vs.                                  )   TO MODIFY TRAVEL AUTHORIZATION
                                         )
13  RICHARD JAMES KIRMIL,                )
                                         )
14              Defendant.               )
    _____  )
15

16       I, Cynthia C. Lie, hereby declare as follows:

17       1.      I am the Assistant Federal Public Defender appointed to represent defendant

18  Richard Kirmil in the above-referenced matter.

19       2.      On March 27, 2008, the Court released Mr. Kirmil on his own recognizance.

20  Among the conditions of his pretrial release was a travel restriction to the Northern District of

21  California.

22       3.      On June 19, 2008 this Court authorized Mr. Kirmil to travel to the town of

23  Auburn in the Eastern District of California from July 2 - 8, 2008.

24       4.      On June 30, 2008, Mr. Kirmil informed me that his proposed itinerary involved

25  travel to Twain Harte, also in the Eastern District of California.

26       5.      On June 30, 2008, I e-mailed Assistant United States Attorney Jeffrey B. Schenk

1   regarding Mr. Kirmil's proposed modification.  Mr. Schenk indicated that he was not opposed to

2   the request.

3          6.      The Court did not impose a condition of supervision by United States Pretrial

4   Services in this case, so that agency was not consulted as to Mr. Kirmil's request.

5          I declare under penalty of perjury that the foregoing is true and correct and of my personal

6   knowledge, except as to those matters stated on information and belief, and as to those matters, I

7   believe them to be true.

8          Executed this 30th day of June 2008 in San Jose, California.

9

10                                              s/_____
                                                CYNTHIA C. LIE
11                                              Assistant Federal Public Defender

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26