IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-08-00147 RS |
| Plaintiff, | ) ) ) | [PROPOSED] ORDER MODIFYING TRAVEL AUTHORIZATION |
| vs. | ) ) | |
| RICHARD JAMES KIRMIL, | ) ) | |
| Defendant. | ) ) | |

    Good cause appearing, it is hereby ordered that defendant Richard James Kirmil may leave the Northern District of California to travel by car to Auburn, California and Twain Harte, California, in the Eastern District of California, from July 2, 2008 to July 8, 2008.

    All other conditions of release remain in full force and effect.

Dated: June ___, 2008

                                          _____
                                          RICHARD SEEBORG
                                          United States Magistrate Judge