07/02/2008 07:36 PM EST

# Case Debt Type Payment Report
## U.S. Courts

Version 7.0.1

San Jose

| Party # | Party Name | Case No. | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 001 | RICHARD JAMES KIRMIL | DCAN508CR000147 | 504100 | SPECIAL PENALTY ASSESSMENT | 25.00 | 0.00 | CT 54611003371 | 1 | PR | 25.00 | 06/12/2008 |

Division Payment Total    25.00

Grand Total    25.00

Page 1 of 1

**FILED**
AUG 1 – 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

$ 25.00   SPECIAL ASSESSMENT ON 6/12/2008
PAID IN FULL